IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RICHARD LADEWIG, MARVIN GEOVANY
CRUZ MARTINEZ, and JOSE ZAVALA,

    Plaintiffs,

v.

GREEN DAY CONSTRUCTION.
ALLBRIGHT CONSTRUCTION, LLC, and
SCOTT ALLBRIGHT,

    Defendants.

Case No. 1:19-cv-2201

Judge Edmond E. Chang

Magistrate Judge Sidney I. Schenkier

## PLAINTIFFS' MOTION FOR ENTRY OF JUDGMENT

This case has settled but defendants have failed to make the settlement payments promised. Accordingly, plaintiffs respectfully request that the Court enter judgment against defendants Green Day Construction, Allbright Construction, LLC, and Scott Allbright in the following amounts: judgment for plaintiff Richard Ladewig in the amount of $2,833.40; judgment in favor of plaintiff Marvin Geovany Cruz Martinez in the amount of $1,600.00; judgment in favor of plaintiff Jose Zavala in the amount of $1,333.60; and judgment in favor of plaintiffs' attorney Paul Strauss in the amount of $8,633.00.

In support of this motion plaintiffs state as follows:

1. This case settled with separate settlement agreements for each of the plaintiffs, in each case with one-third of the recovery payable to plaintiffs' attorney Paul Strauss. Under the terms of the settlement agreements defendants owed

plaintiff Ladewig $10,333.40; defendants owed plaintiff Cruz Martinez $3,200.00; defendants owed plaintiff Zavala $5,333.60; and defendants owed plaintiffs' attorney Paul Strauss $9,433.00.

2. Defendants have made partial payments pursuant to the settlement agreements: $7,500.00 to plaintiff Ladewig; $1,600.00 to plaintiff Cruz Martinez; $4,000.00 to plaintiff Zavala; and $800.00 to plaintiffs' attorney Paul Strauss. (Defendants actually paid Mr. Cruz Martinez $2,400.00 and Paul Strauss nothing; Mr. Cruz Martinez kept $1,600.00 and sent a check for $800.00 to Paul Strauss.)

3. Thus, defendants still owe plaintiff Ladewig $2,833.40; owe plaintiff Cruz Martinez $1,600.00; owe plaintiff Zavala $1,333.60; and owe plaintiffs' attorney Paul Strauss $8,633.00.

WHEREFORE, plaintiffs respectfully request that the Court enter judgment against defendants Green Day Construction; Allbright Construction, LLC, and Scott Allbright, jointly and severally, as follows:

judgment in favor of Richard Ladewig in the amount of $2,833.40;

judgment in favor of Marvin Geovany Cruz Martinez in the amount of $1,600.00;

judgment in favor of Jose Zavala in the amount of $1,333.60; and

judgment in favor of Paul Strauss in the amount of $8,633.00.

Respectfully submitted,

/s/ Paul Strauss

Attorney for plaintiffs

Paul Strauss

5525 S. Woodlawn Ave.

Chicago, IL 60637

(773) 551-5350

pstr1968@gmail.com